# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00799-CV

**WC 1st and Trinity, LP; WC 1st and Trinity GP, LLC; WC 3rd and Congress LP; and WC 3rd and Congress GP, LLC, Appellants**

**v.**

**The Roy F. & JoAnn Cole Mitte Foundation, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-18-007636, THE HONORABLE JAMES LEE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants WC 1st and Trinity, LP; WC 1st and Trinity GP, LLC; WC 3rd and Congress LP; and WC 3rd and Congress GP, LLC have filed an unopposed motion to abate this interlocutory appeal pending this Court's resolution of a related pending mandamus petition. We grant the motion and abate the appeal. The appeal will remain abated until further order of this Court.

Before Chief Justice Rose, Justices Triana and Smith

Abated

Filed: November 25, 2019